# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY JENNIFER GUTIERREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:22-cv-00315-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On December 26, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from January 12, 2023, to March 13, 2023. (ECF No. 14.) The Court finds good cause to grant the second requested extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and

2. Plaintiff shall file an opening brief on or before March 13, 2023.

IT IS SO ORDERED.

Dated:  **December 27, 2022**

UNITED STATES MAGISTRATE JUDGE

1