# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY JENNIFER GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00315-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 7, 16) |

On March 2, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 16.) The parties seek a two-day extension of time to file Plaintiff's motion for summary judgment from March 13, 2023, to March 15, 2023. This is Plaintiff's second request for an extension. The parties proffer good cause exists because counsel currently has 16 merit briefs, several letter briefs and reply briefs due around that time, and counsel is working limited hours through March 2023 while he takes partial paternity leave. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;
2. Plaintiff shall have until **March 15, 2023**, to file the motion for summary judgment;

1

and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 7) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **March 3, 2023**

UNITED STATES MAGISTRATE JUDGE