# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY JENNIFER GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:22-cv-00315-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))<br><br>(ECF No. 24) |

    Plaintiff Lesley Jennifer Gutierrez filed the complaint in this action on March 17, 2022. (ECF No. 1.)  On April 27, 2023, the Court granted the parties' stipulation for voluntary remand, and entered judgment in favor of Plaintiff.  (ECF Nos. 21, 22, 23.)

    On July 25, 2023, the parties filed a stipulated motion for the award of attorney fees and expenses in the amount of $5,149.28 pursuant to the EAJA, and no costs under 28 U.S.C. § 1920. (ECF No. 24.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id. at 2.)  The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.  (Id.)

1  Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $5,149.28 pursuant to the EAJA, 28 U.S.C. § 2412(d).  (ECF No. 24.)

IT IS SO ORDERED.

Dated:  **July 25, 2023**

_____
UNITED STATES MAGISTRATE JUDGE